IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv271 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Savage Westpoint Rifle, .22 Caliber, | |
| Serial No. D262898, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and ( C ) and §636(b)(3), the above-captioned matter is hereby referred to Stephanie K. Bowman, United States Magistrate Judge. The Magistrate Judge is empowered to deal with all pretrial and post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute. No transcript need be prepared on non-dispositive matters.

IT IS SO ORDERED.

      s/Susan J. Dlott
Susan J. Dlott
Chief United States District Court Judge